JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATEF ELZEFTAWY, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL BAKER INTERNATIONAL, INC., <br><br> Defendant. | SA CV 19-1001 PA (KSx) <br><br> JUDGMENT |

Pursuant to the Court's June 15, 2020 Minute Order granting the Motion for Summary Judgment filed by defendant Michael Baker International, Inc. ("Defendant"), which granted summary judgment to Defendant on the claims asserted by plaintiff Atef Elzeftawy ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

DATED: June 15, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE